# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Deepak Gupta</u>**

      v.                                           Case No. 26-cv-207-PB-TSM

**<u>Christopher Brackett, Superintendent,</u>**
**<u>Strafford County Department of Corrections, et al.</u>**

## <u>ORDER</u>

On March 27, 2026, I ordered the government to afford Deepak Gupta a bond hearing under 8 U.S.C. § 1226(a). Doc. 6. In its subsequent status report, the government represents that Gupta received a bond hearing on April 7, 2026, at which an immigration judge denied bond after finding by a preponderance of the evidence that Gupta poses a flight risk. Doc. 8. Because Gupta has received his requested relief, his petition shall be dismissed unless he shows cause why it should not be within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

April 9, 2026

cc:    Counsel of Record